IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KHALID AWAN,<br>ID 350959-956,<br><br>        Plaintiff,<br><br>v.<br><br>WARDEN D. J. HARMON, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:17-CV-0130-C |

## ORDER

On this day, the Court considered Plaintiff Khalid Awan's Petition for a Grant of a Certificate of Appealability, filed April 4, 2017. The United States Magistrate Judge entered her Findings, Conclusion, and Recommendation on April 5, 2017, recommending that a certificate of appealability should be denied as unnecessary and that Awan's included motion to stay pending an appeal should also be denied. Awan failed to file any objections to the Magistrate Judge's recommendation and the time to do so has now expired.

The Court has reviewed the Findings, Conclusion, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusion, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. Awan's petition for a certificate of appealability is **DENIED** as unnecessary and his request to stay pending appeal is **DENIED**. Because Awan has failed to comply with the Court's previous order to pay the

$400.00 filing fee, it is further **ORDERED** that the above-styled and -numbered civil action is **DISMISSED without prejudice**. All relief not expressly granted by this Order is **DENIED**.

SO ORDERED this 1st day of May, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE